# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **DILLON LUKE SINGLETARY**, <br><br>    Defendant. | Criminal Case No. 7:19-CR-24 |

## ORDER

Before the Court is Defendant Dillon Luke Singletary's Motion to Declare Indigent. (Doc. 39). Defendant moves the Court to declare him indigent to facilitate his access to Court records. For the following reasons, the Court **DENIES** Defendant's motion.

Defendant was indicted in this Court on June 11, 2019, and charged with Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). Defendant pled guilty to the offense of indictment on January 8, 2020. On September 9, 2020, the Court sentenced Defendant to serve a term of imprisonment of thirty-seven months, to be followed by three years supervised release. Defendant did not appeal.

Since Defendant's conviction, he has made numerous requests for various court records, including copies of the docket sheet and the indictment. (Doc. 35, 36, 38). The Clerk of Court provided Defendant with these records at no cost. Defendant now moves the Court to declare him indigent so he "can receive

needed paperwork from the courts." (Doc. 39). It is not evident from Defendant's motion what he seeks. Shortly after filing this motion, however, Defendant submitted a request for assistance obtaining copies of his sentencing transcript. Defendant does not indicate why he requires the transcript.

The Court is not authorized to pay for sentencing transcripts without some clear, meritorious basis for doing so. Fees for transcripts in criminal proceedings shall be paid by the United States only when the court certifies that a suit or appeal is not frivolous but presents a substantial question. 28 U.S.C. § 753(f). Where, as here, a defendant fails to state a reason why a transcript is needed to decide a substantive issue, the transcript shall not be furnished. United States v. MacCollom, 426 U.S. 317, 323 (1976).

Defendant having failed to establish a need for the sentencing transcript, the Court **DENIES** Defendant's Motion to Declare Indigent and **DENIES** Defendant's request for assistance obtaining a copy of his sentencing transcript without cost to him.

**SO ORDERED** this 18th day of October, 2022.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

aks